**Dismissed and Opinion Filed June 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00028-CV

**JACKIE LEWIS, Appellant**
**V.**
**FREO TEXAS C/O HUNT A HOME REALTY, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06074-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated January 9, 2015, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated January 9, 2015, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated March 11, 2015, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written documentation that appellant had been

found to be entitled to proceed without payment of costs.  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation regarding the clerk's record, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 5; 37.3(b); 42.3(b), (c).

150028F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JACKIE LEWIS, Appellant

No. 05-15-00028-CV     V.

FREO TEXAS C/O HUNT A HOME
REALTY, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-14-06074-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee FREO TEXAS C/O HUNT A HOME REALTY recover its costs of this appeal from appellant JACKIE LEWIS.

Judgment entered June 29, 2015.